FILED

08/18/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0165

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0165

_____

IN RE MARRIAGE OF

CHELSEA RENAE WILSON,

    Petitioner and Appellee,

    v.

MARK ALAN WILSON,

    Respondent and Appellant.

O R D E R

_____

This Court reviews briefs to ensure compliance with Rule 12 of the Montana Rules of Appellate Procedure. After reviewing Mark Wilson's opening brief filed electronically on August 17, 2023, this Court has determined that the brief does not comply with the below-referenced rule.

M. R. App. P. 12(1)(i) requires that the relevant judgment, order, findings of fact, conclusions of law, jury instruction, ruling or decision from which the appeal is taken be included as an appendix with Wilson's brief to this Court. Wilson's brief did not include a copy of the District Court's August 26, 2022 Final Decree of Marital Dissolution or the court's February 27, 2023 Order re: Attorney's Fees and Costs, both of which he appeals.

IT IS THEREFORE ORDERED that within ten (10) days of the date of this Order, Mark Wilson shall electronically file with Clerk of this Court a copy of the relevant orders as an appendix and shall serve one copy of the relevant orders on each counsel of record;

IT IS FURTHER ORDERED that pursuant to Temporary Electronic Filing Rule 12(a)(4), the seven paper copies of the Appellant's Opening brief must comply with M. R. App. P. 12(1)(i), including copies of the orders and judgment from which the appeal is taken; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the relevant judgment or order.

The Clerk of this Court is directed to provide a true copy of this Order to counsel for the Appellant and to all counsel upon whom the brief was served.

Electronically signed by:
Beth Baker
Justice, Montana Supreme Court
August 18 2023